THE HONORABLE TANA LIN

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LUXOR TECHNOLOGY CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>GIGA ENERGY, INC. AND AARON FOSTER,<br><br>Defendants. | No. 2:26-cv-00357-TL<br><br>**STIPULATED NOTICE AND [~~PROPOSED~~] ORDER EXTENDING BRIEFING DEADLINES**<br><br>**NOTE ON MOTION CALENDAR: OCTOBER 8, 2026** |

Pursuant to Judge Lin's Standing Order for All Civil Cases, the Parties have agreed to move the following deadlines:

1. The deadline for Plaintiff to file its response to Defendant Giga Energy, Inc.'s Motion to Dismiss the First Amended Complaint for Lack of Personal Jurisdiction (the "Motion") from October 22, 2026, to November 13, 2026.
2. The deadline for Defendants to file any reply in support of the Motion likewise be extended to November 30, 2026.

The Parties request that the Clerk reset the deadlines as noticed. These deadlines have not previously been extended.



CORR CRONIN LLP
1015 Second Avenue, 10th Floor
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

RESPECTFULLY SUBMITTED this 8th day of October, 2026.

CORR CRONIN LLP

*s/ Mark T. Rutherford*
Todd T. Williams, WSBA #45032
Mark T. Rutherford, WSBA #57519
1015 Second Avenue, Floor 10
Seattle, WA 98104
Tel: (206) 625-8600
Fax: (206) 625-0900
twilliams@corrcronin.com
mrutherford@corrcronin.com

MELISSA YANG PLLC
Melissa Yang*
136 Madison Ave., 6th Fl.
New York, NY 10016
Tel: (646) 516-9529
Fax: (646) 516-9529
myang@melissayangpllc.com
*admitted *pro hac vice*

*Attorneys for Plaintiff Luxor Technology Corp.*

STOKES LAWRENCE, P.S.

*s/ Mathew Harrington*
Mathew Harrington, WSBA #33276
Amy Alexander, WSBA #44242
1420 Fifth Avenue, Suite 3000
Seattle, WA 98101
Tel: (206) 626-6000
Fax: (206) 464-1496
mathew.harrington@stokeslaw.com
amy.alexander@stokeslaw.com

*s/Barry Golden*
Barry M. Golden*
Texas Bar Number: 24002149
EGAN NELSON LLP
2911 Turtle Creek Avenue, Suite 1100
Dallas, Texas 75219
Telephone: (214) 893-9034
Fax: (214) 628-9505
Barry.Golden@egannelson.com
**admitted pro hac vice*

*Attorneys for Defendants Giga Energy Inc. and Aaron Foster*

**ORDER**

Based on the foregoing stipulation of the Parties, it is HEREBY ORDERED that the Parties' Stipulated Notice Extending Briefing Deadlines is GRANTED.

The deadline for Plaintiff to file its response to Defendant Giga Energy, Inc.'s Motion to Dismiss is extended from October 22, 2026, to November 13, 2026.

The deadline for Defendants to file their reply in support of the Motion is extended to November 30, 2026.

IT IS SO ORDERED.

DATED this 8th day of October 2026.

THE HONORABLE TANA LIN
United States District Judge



CORR CRONIN LLP
1015 Second Avenue, 10th Floor
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900